UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 23-MJ-1160-DLC |
| | ) |
| JOSEPH FISHER | ) |
| Defendant | ) |
| | ) |

**AFFIDAVIT OF OUTSTANDING ARREST WARRANT
PURSUANT TO FED.R.CRIM.P. 5(c)(3)**

I, ~~Steven A. Kimball~~ BRIAN GUTIERREZ, Special Agent, Federal Bureau of Investigations, do hereby make oath before the Honorable Donald L. Cabell, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JOSEPH FISHER on a criminal complaint issued by the United States District Court for the District of Columbia, charging the defendant with assaulting a federal agent, in violation of 18 U.S.C. § 111; civil disorder, in violation of 18 U.S.C. § 231; unlawful entry on restricted buildings or grounds, in violation of 18 U.S.C. § 1752(a)(1), (2), and (4); and violent entry, disorderly conduct, and other offenses on capitol grounds, in violation of 40 U.S.C. §§ 5104(e)(2)(D), (F), and (G). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

~~Steven A. Kimball~~ BRIAN GUTIERREZ
Special Agent, FBI

Subscribed and sworn to before me this 30th day of March, 2023.

HON. DONALD L. CABELL
United States Magistrate Judge